# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JOSEFINA OCHOA | ) | Case No. 22 B 05287 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for July 25, 2022 10:30 am, for the following:

Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1) or if the debtor was not required to file taxes debtor to provide an affidavit specifying for what years and why she was not required to file.

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).

Debtor has failed to properly fill out the following schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i):
Schedule A debtor to provide a value for 3032 W. 26th St. and also provide the Property Identification Number for this property.
Schedule D to include a description of the collateral for Huntington Bank.

Debtor has failed to file a proper plan as required by Section 1325 (a)(1) by failing to include a provision for Huntington Bank that is listed on schedule D.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: June 28, 2022                                                              /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: JOSEFINA OCHOA | ) | Case No. 22 B 05287 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

JOSEFINA OCHOA  (via U.S. Postal Service)
2526 S WHIPPLE
CHICAGO, IL 60623
*Debtor*

Dated: June 28, 2022                    /s/ Chris Domann
                                        _____
                                        Chris Domann
                                        Office of the Chapter 13 Trustee
                                        55 E. Monroe St., Suite 3850
                                        Chicago, IL 60603
                                        (312) 294-5900