IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-05287 |
| | } | |
| Josefina Ochoa | } | Judge Jacqueline P. Cox |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Cook County |

TO:   **Thomas H. Hooper**, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic notification;

**Josefina Ochoa,** 2526 South Whipple, Chicago, IL 60623, via electronic notification; and

See Attached List

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on September 23, 2022, except that the Trustee and any other party indicated in Notice of Filing were served electronically by the court on such date.

/s/ David Freydin                                9/23/2022
David Freydin, Esq                              Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-05287<br>Northern District of Illinois<br>Eastern Division<br>Mon May  9 10:27:17 CDT 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Capital One/Walmart<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chemical Bank & Trust<br>Attn:Customer Care Center/Bankruptcy<br>333 E Main St<br>Midland, MI 48640-5178 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | Cook County Clerk<br>118 N. Clark Street, Room 230<br>Chicago, IL 60602-1335 |
| Cook County Treasurer<br>118 N Clark Street Rm 112<br>Chicago, IL 60602-1590 | Huntington Bank<br>Attn: Bankruptcy<br>Po Box 89424<br>Cleveland, OH 44101-6424 | LJ Ross & Associates<br>Attn: Bankruptcy<br>4 Universal Way, Po Box 6099<br>Jackson, MI 49204-6099 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Syncb/pep Boys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| TCF Financial Corporation<br>Attn: Bankruptcy<br>801 Marquette Avenue<br>Minneapolis, MN 55402-3475 | The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 |
| David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Josefina Ochoa<br>2526 South Whipple<br>Chicago, IL 60623-4138 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Chicago
Department of Administrative Hearin
111 W Jackson Ste 600
Chicago, IL 60604

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18